## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STEVEN MALONE,<br>Individually, and on behalf and all others<br>similarly situated, known and unknown<br><br>      Plaintiff,<br><br>v.<br><br>HEADCO INDUSTRIES, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Cause No. 1:22-cv-263 |

### JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Steven Malone and Defendant Headco Industries, Inc. each by and through their respective counsel, and hereby stipulate to the dismissal of this entire action **with prejudice** under Fed. R. Civ. P. 41(a)(1)(A)(ii). In support of the same, attached hereto is: 1) Attorney Michael Fradin's Declaration In Support of FLSA Settlement; and 2) the Parties' Settlement Agreement and General Release signed by the parties. Each side shall bear his or its own costs.

Respectfully submitted,

s/ *Michael L. Fradin*
Michael L. Fradin
Michael L. Fradin, Attorney at Law
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Email: mike@fradinlaw.com

*Attorney for Plaintiff Steven Malone*

17546010.1

SANDBERG PHOENIX & von GONTARD P.C.

*/s/ Benjamin R. Wesselschmidt*
Andrew Kasnetz, #6276299
Benjamin R. Wesselschmidt, #6326045
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
akasnetz@sandbergphoenix.com
bwesselschmidt@sandbergphoenix.com

*Attorneys for Defendant Headco Industries, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record:

*/s Michael L. Fradin*