# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Steven Malone
                                        Plaintiff,

v.                                                      Case No.: 1:22−cv−00263
                                                        Honorable Jeffrey T. Gilbert

Headco Industries, Inc.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 13, 2022:


    MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 9/13/22 and continued to 10/4/22 at 9:30 a.m. Based on the parties' representation that they will be filing a stipulation to dismiss the case in short order, the Joint Motion to Dismiss with Prejudice [19] is withdrawn. If a stipulation to dismiss is filed before the next status hearing, the status hearing will be stricken with no appearance required. The toll−free call−in number and access code for the continued telephone conference is as follows: Dial: 877−336−1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.