# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Steven Malone

                          Plaintiff,

v.                                              Case No.: 1:22−cv−00263
                                                Honorable Jeffrey T. Gilbert

Headco Industries, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2022:

     MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Joint Stipulation of Dismissal With Prejudice [25], this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side shall bear his or its own costs. The status hearing set for 10/4/22 at 9:30 a.m. is stricken with no appearance required. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.